IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN P. CREWS, </br>     Plaintiff, </br> </br>v. </br> </br>CITY OF MT. VERNON, a Municipal </br>Corporation, CHRIS DEICHMAN, </br>individually and in his capacity as </br>Assistant Chief of Police for the City of </br>Mt. Vernon, and CHRIS MENDENALL, </br>individually and in his capacity as </br>Chief of Police for the City of </br>Mt. Vernon, </br>     Defendants. | No.  06-1012-DRH |

## MOTION TO STRIKE FEE DEMAND

Pursuant to Federal Rule of Civil Procedure 12(f), plaintiff Ryan P. Crews ("Plaintiff"), by his attorneys, The Sharp Law Firm, P.C., moves this Court to strike the demand stated in *Defendants' Answer to Plaintiff's First Amended Complaint* (Docket #12) that the Court enter "an award of fees and costs taxed against counsel for the Plaintiff."

The grounds for this motion are that said demand is without basis in the law, is thus immaterial and impertinent, and, in conjunction with Defendants' policy of trying this case in the press, is employed for the unlawful purpose of intimidating those who would challenge their unlawful activity.

In support, Plaintiff submits *Plaintiff's Brief in Support of Motion to Strike Fee Demand* filed herewith.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order striking Defendants' demand for attorney fees.

January 23, 2007                                    THE SHARP LAW FIRM, P.C.


                                                    By: s/ John T. Hundley

John T. Hundley #3143403
Mandy L. Combs #6282863
Lance C. Martin #6196099
THE SHARP LAW FIRM, P.C.
Attorneys for Plaintiff
1115 Harrison, P.O. Box 906
Mt. Vernon, IL 62864
618-242-0246
618-242-1170 facsimile


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all persons who have appeared herein upon electronic filing on January 23, 2007, by transmission to:

Tracey L. Truesdale
tracey.truesdale@odnss.com

January 23, 2007

                                                    THE SHARP LAW FIRM, P.C.


                                                    By:  s/ John T. Hundley
                                                    John T. Hundley #3143403
                                                    THE SHARP LAW FIRM, P.C.
                                                    1115 Harrison, P.O. Box 906
                                                    Mt. Vernon, IL  62864
                                                    618-242-0246
                                                    618-242-1170 facsimile

sara\wpdocs\Crews re City of MtV\Fee Strike Motion.doc
1/23/2007 10:45 AM