## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RYAN P. CREWS.**

**Plaintiff,**

**v.**
**CITY OF MT. VERNON, a Municipal**
**Corporation; CHRIS DEICHMAN, individually**
**and in his capacity as Assistant Chief of**
**Police for the City of Mt. Vernon; and**
**CHRIS MENDENALL, individually and in his**
**capacity as Chief of Police for the City of**
**Mt. Vernon,**

**Defendants.**                          **No. 06-cv-1012-DRH**

### ORDER

**HERNDON, District Judge:**

       Pending before the Court is Plaintiff's motion to strike Defendant's appearance and answer (Doc. 21). Specifically, Plaintiff moves to strike the entry of appearance by attorney Tracey L. Truesdale and Defendants' answer to Plaintiff's First Amended Complaint because the representation of Ms. Truesdale and her firm is unauthorized and primary counsel is practicing in this case in violation of SDIL-LR 83.1(f) and Illinois Rule of Professional Conduct 5.5 as made applicable by SDIL-LR 83.4(d). Obviously, Defendants oppose the motion, arguing that Plaintiff's motion presents no basis to strike either the Answer nor the appearance of Ms. Truesdale. Based on the record, the Court agrees with Defendants and **DENIES** the motion to strike.

       **IT IS SO ORDERED.**

       Signed this 21st day of May, 2007.

       /s/    David  RHerndon
       **United States District Judge**